ORIGINAL

FILED

APR 2 9 2016

U.S. COURT OF
FEDERAL CLAIMS

# In The United States Court of Federal Claims

THE UNITED STATES OF AMERICA
Ex rel(s) BANTUM: Charmaine et al

Claimants

v.

PENNSYLVANIA STATE acting by
and
THE STATE OF PENNSYLVANIA et als
and
THE CITY OF PHILADELPHIA, et als
and
WELLS FARGO BANK et als

Defendants

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

No. **16-533** C

**CLAIM
DISCLOSURE STATEMENT
VIOLATIONS
FEDERAL QUESTIONS
REQUEST FOR REMEDY**

## PARTIES:

**Lien Claimants:** Lien Claimants as Settlers for Accounts

1. **Bantum: Jemill Charmaine**
% 7027 Limekiln Pike
Philadelphia County, Pennsylvania [19138-9998]
**Phone**: 267-241-7588

2. **Appline: Tracy**
% 7326 Longspur Place
Philadelphia County, Pennsylvania [19153-9998]

3. **Robinson: Faruq I.**

% 4929 North 13th Street
Philadelphia County, Pennsylvania [19141-9998]

**4. Lloyd: Sheila**
% 913 South 13th Street
Philadelphia County, Pennsylvania [19147-9998]

**5. Young: Denise**
% 7527 Tulpehocken Street
Philadelphia County, Pennsylvania [19138-98]

**6. Hall-Phillips: Synell**
% 5736 Hasbrook Avenue
Philadelphia County, Pennsylvania [19120-9998]

**7. Gisone: Lazara**
% 9951 Veree Road
Philadelphia County, Pennsylvania [19115-9998]

**8. Nelson: Charles**
% 825 West 65th Avenue
Philadelphia County, Pennsylvania [19126-9998]

**9. Mason: Pamela**
% 7546 East Walnut Lane
Philadelphia County, Pennsylvania [19138-9998]

**10. Johnson: Saniyah**
% 913 South 13th Street
Philadelphia County, Pennsylvania [19147-9998]

**11. Carruth: Kim D.**
% 108 West Godfrey Avenue
Philadelphia County, Pennsylvania [19120-9998]

**12. Beyah: Naimah**
% 1831 South 23rd street
Philadelphia County, Pennsylvania [19145-9998]

**13. Dereef: Joseph**
% 6138 Nassau Road
Philadelphia County, Pennsylvania [19151-9998]

**14. Passe El: Dehilah**
% 7128 Chew Street
Philadelphia County, Pennsylvania [19119-9998]

**15. Stephens: Crystal**
% 514 Poplar Street
Philadelphia County, Pennsylvania [19123-9998]

**16. Hayes: Cassandra**
c/o 1436 South 16th Street
Philadelphia County, Pennsylvania [19147-9998]


**17. Renfro: Beverly**
% 5811 Drexel Road
Philadelphia County, Pennsylvania [19131-9998]

**18. Peoples: Bernadette**
% 3938 Gateway Drive
Philadelphia County, Pennsylvania [19145-9998]


**19. Robles: Jorge**
% 2823 North 5th Street
Philadelphia County, Pennsylvania [19123-9998]

**20. Gregg: Charles**
% 1500 Mohican Street
Philadelphia, Pennsylvania [19138-9998]


**21. Beyah: Raheemah**
c/o 5748 Woodcrest Avenue
Philadelphia County, Pennsylvania [19131-9998]

**22. Biggs EL; Cynthia**
% 1000 West Valley Road
Unit 773
Southeastern, Pennsylvania [19399-9998]

**23. Smith: Donna Marie**
% 1008 West Huntingdon Street
Philadelphia, Pennsylvania [19133-9998]

**24. Sharif: Abdulkarim**
% 3517 West Allegheny Avenue
Philadelphia County, Pennsylvania [19132-9998]

**25. Bridges: Diane**
% 3352 North Smedley Street
Philadelphia County, Pennsylvania [19149-9998]

**26. Young: Johnny**
% 1011 Haworth Street
Philadelphia County, Pennsylvania [19124-9998]

**27. Lewis: George**
% 8064 Michener Avenue
Philadelphia County, Pennsylvania [19150-9998]

**28. Joseph Danihel**
c/o 5151 Whitaker Avenue
Philadelphia County, Pennsylvania [19124-9998]

## <u>Lien Debtors</u>: a/k/a DEFENDANTS

1. **<u>STATE OF PENNSYLVANIA</u>** is a Citizen of <u>PENNSYLVANIA</u>, who live(s) at or is/are located at the following address:

   <u>601 Commonwealth Avenue, Harrisburg, Pennsylvania 17120;</u>

2. **<u>Tom Wolf</u>** <u>acting as GOVERNOR</u> is a Public Servant and is a Citizen of <u>PENNSYLVANIA</u>**,** who live(s) at or is/are located at the following address:

   <u>508 Main Capitol Building, Harrisburg, Pennsylvania 17120;</u>

3. **<u>Kathleen Kane</u>** <u>acting as STATE ATTORNEY GENERAL</u> is a Public Servant and is a Citizen of   <u>PENNSYLVANIA</u>**,** who live(s) at or is/are located at the following address:   <u>15th Floor, Strawberry Square, Harrisburg, Pennsylvania 17120;</u>

4. **<u>Martha Brown</u>** <u>acting as STATE SECRETARY</u> is a Public Servant and is a Citizen of   <u>PENNSYLVANIA</u>**,** who live(s) at or is/are located at the following address:   <u>302 North Office Building, Harrisburg, Pennsylvania 17120;</u>

5. **<u>Pedro Cortes</u>** <u>acting as STATE SECRETARY OF THE COMMONWELATH</u> is a Public Servant and is a Citizen of   <u>PENNSYLVANIA</u>**,** who live(s) at or is/are located at the following address: <u>302 North Office Building, Harrisburg, Pennsylvania 17120;</u>

6. **Seth Williams** acting as DISTRICT ATTORNEY GENERAL is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address:  Three South Penn Square, Philadelphia, Pennsylvania 19107;

7. **Richard Ross** acting as PHILADELPHIA POLICE COMMISSIONER is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address:  750 Race Street, Philadelphia, Pennsylvania 19106;

8. **Sozi Pedro Tulante** acting as CITY OF PHILADELPHIA SOLICTOR is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address: One Parkway Building, 17th Floor, 1515 Arch Street, Philadelphia, Pennsylvania 19102;

9. **Zygmont Pines** acting as PENNSYLVANIA COURT ADMINISTRATOR is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address: 1515 Market Street, Suite 1400  Philadelphia, Pennsylvania 19103;

10. **Alan Butkovitz** acting as CITY OF PHILADELPHIA COMPTROLLER is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address:  1401 JFK Blvd, 1230 MSB, Philadelphia, Pennsylvania 19102;

11 **Jewell Williams** acting under SHERIFF OF PHILADELPHIA COUNTY is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address: 100 South Broad Street, 5th Floor Philadelphia,

Pennsylvania 19110;

12 **Joseph C. Vignola** acting as SHERIFF OF THE COUNTY OF PHILADELPHIA is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address: 100 South Broad Street, 5ᵗʰ Floor , Philadelphia, Pennsylvania 19110;

13. **Michael Piper** acting as CHIEF ASSESSMENT OFFICER is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address: 601 Walnut Street, Suite 300  Philadelphia, Pennsylvania 19106;

14 **Debra McCarty** acting as PHILADELPHIA WATER COMMISSIONER is a Public Servant and is a Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address: 1401 JFK Blvd, MSB Philadelphia, Pennsylvania 19102;

15 **THE FIRST JUDICIAL DISTRICT OF PHILADELPHIA and their assigns** are Citizen(s) of  PENNSYLVANIA, who live(s) at or is/are located at the following address: City Hall, Room 296,  Philadelphia, Pennsylvania 19107;

16 **THE COURT OF COMMON PLEAS OF PHILADELPHIA, and their assigns** are Citizen(s) of  PENNSYLVANIA, who live(s) at or is/are located at the following address: City Hall, Room 284,  Philadelphia, Pennsylvania 19107;

17 **MICHAEL NUTTER** is a  Citizen of  PENNSYLVANIA, who live(s) at or is/are located at the following address:  City Hall, Room 215  Philadelphia, Pennsylvania 19107;

18  **CITY OF PHILADELPHIA and their assigns** are  Citizen(s) of

PENNSYLVANIA**,** who live(s) at or is/are located at the following address:  City

Hall, Room 215,  Philadelphia, Pennsylvania 19107;

19  **Annette Rizzo and her assigns** are Public Citizen(s) of  PENNSYLVANIA**,** who

live(s) at or is/are located at the following address:  City Hall, Room 215 ,

Philadelphia, Pennsylvania 19107;

20  **Nina Wright-Padilla and her assigns**  are Public Citizen(s) of

PENNSYLVANIA**,** who live(s) at or is/are located at the following address:  City

Hall, Room 505,  Philadelphia, Pennsylvania 19107;

21  **Linda Carpenter and her assigns** are Public Citizen(s) of  PENNSYLVANIA**,**

who live(s) at or is/are located at the following address:  CJC Room 1418 ,

Philadelphia, Pennsylvania 19107;

22  **Ellen Ceisler and her assigns** are Public Citizen(s) of  PENNSYLVANIA**,** who

live(s) at or is/are located at the following address:  City Hall, Room 229B**,**

Philadelphia, Pennsylvania 19107;

23  **Idee Fox  and her assigns** are  Public Citizen(s) of  PENNSYLVANIA**,** who

live(s) at or is/are located at the following address:  City Hall, Room 656

Philadelphia, Pennsylvania 19107;

24  **Arnold L. New and his assigns** are  Public Citizen(s) of  PENNSYLVANIA**,** who

live(s) at or is/are located at the following address:  City Hall, Room 606

Philadelphia, Pennsylvania 19107;

25 **Paul P. Panepinto and his assigns** are Public Citizen(s) of <u>PENNSYLVANIA</u>, who live(s) at or is/are located at the following address: <u>City Hall, Room 292 Philadelphia, Pennsylvania 19107;</u>

26 **Leon Tucker  and his assigns** are Public Citizen(s) of <u>PENNSYLVANIA</u>, who live(s) at or is/are located at the following address: <u>CJC, Room 1201 Street, Philadelphia, Pennsylvania 19107;</u>

27 **PATRIOT LAND TRANSFER, LLC** is a Citizen of <u>NEW JERSEY</u>, who live(s) at or is/are located at the following address: <u>5001 ROUTE 42, TURNERSVILLE, NEW JERSEY 08012;</u>

28 **Paul Killion** is a Public Servant and is a Citizen of <u>PENNSYLVANIA</u>, who live(s) at or is/are located at the following address: <u>601 Commonwealth Avenue, Suite 2700, P.O. Box 62485, Harrisburg, Pennsylvania 17106;</u>

29 **PHILADELPHIA DEPARTMENT OF REVENUE and their assigns** are Citizen(s) of <u>PENNSYLVANIA</u>, who live(s) at or is/are located at the following address: <u>1401 JFL Blvd, MSB  Philadelphia, Pennsylvania 19102;</u>

30 **KML LAW GROUP, P.C and their assigns** are Public Citizen(s) of <u>PENNSYLVANIA</u>, who live(s) at or is/are located at the following address: BNY Independence Center, <u>701 Market Street, Suite 5000, Philadelphia, Pennsylvania 19106;</u> the following are Agents a/k/a Defendant(s) in this claim:

1. Michael McKeever- Pa. 56129
2. Lisa A. Lee- Pa. 78020
3. David Fein-Pa. 82628
4. Jill Jenkins- Pa. 306588
5. Alyk L. Oflazian- Pa. 312912
6. Victoria W. Chen- Pa. 317741

   7. Crystal T. Espanol- Pa. 315477
   8. Patrick J. Rooney, Jr.- paralegal

**31 <u>PHELAN HALLINAN DIAMOND & JONES, LLP and their assigns</u>** are Public

Citizen(s) of <u>PENNSYLVANIA</u>**,** who live(s) at or is/are located at the following

address: <u>1617 JFK Blvd, Suite 1400, Philadelphia, Pennsylvania 19103;</u> the

following are Agents a/k/a Defendant(s) in this Claim:

   9. Peter Wapner- Pa. 318263
  10. Brandon D. Pack- Pa. 311976
  11. Michelle Stranen-Pa.
  12. Allison Zuckerman- Pa.
  13. Justin Schmit- Pa.
  14. Joseph DeBarberie- Pa. 315421
  15. Zachary J. Jones- Pa. 315477
  16. Meredith Wooters-Pa.
  17. Jonathan Lobb-Pa.
  18. Jonathan Etkowicz-Pa.
  19. Paul Cressman-Pa
  20. Adam H. Davis- Pa.
  21. Kenya Bates- Pa. 203664
  22. Francis S. Hallinan-Pa
  23. Daniel G. Schmeig- Pa.

**32 <u>The OFFICE OF HOUSING AND COMMUNITY DEVELOPMENT and their</u>**

**<u>assigns</u>** are Citizen(s) and Federal Contractor under <u>PENNSYLVANIA</u>**,** who

live(s) at or is/are located at the following address: <u>1234 Market Street, 17th</u>
<u>Floor</u>

<u>Philadelphia, Pennsylvania 19107;</u> the following are Agents a/k/a Defendant(s)

in this Claim:

   1. Hiram Carmona

   2. Hiram Rivera (alias)

   3. Robert Lukens

4. Frederick Purnell, Sr.

33 **McCabe, Weisberg & Conway, P.C. and their assigns** are  Public Citizen(s) of
PENNSYLVANIA**,** who live(s) at or is/are located at the following address: 123
South Broad Street, Suite 1400 , Philadelphia, Pennsylvania 19109; the
following are Agents a/k/a Defendant(s) in this claim:

1. Terrance McCabe- Pa. 16496
2. Marc S. Weisberg-Pa. 17616
3. Edward D. Conway-pa. 34687

34 **LAND SERVICES OF PA and their assigns** are  Public Citizen(s) of
NEW JERSEY**,** who live(s) at or is/are located at the following address: 400
Fellowship Road, Suite 250,  Mt. Laurel, New Jersey 08054; the
following are Agents a/k/a Defendant(s) in this claim:

1. Stephen J. Kane, jr.

35 **Mark Markiewicz** is an Person for and acting for **WELLS FARGO BANK, N.A.**
**and their assigns** is/are Citizen(s) of  CALIFORNIA**,** who live(s) at or is/are
located at the following address: 333 Market Street, Mac AO109-080, San
Francisco, California 94105 ; the following are Agents a/k/a Defendant(s) in
this claim:

1. John Stumpf

36 **Robin Gillespie** is an Person for and acting for **FEDERAL NATIONAL**
**MORTGAGE ASSOCIATION and their assigns** is/are Citizen(s) of
TEXAS**,** who live(s) at or is/are located at the following address: 14221 Dallas

Parkway, #1000 Dallas, Texas 75254 ; the following are Agents a/k/a

Defendant(s) in this claim:


1. Kimberly Johnson
2. Timothy J. Mayopoulus

37 **Donald Layton** is an Person for and acting for **FEDERAL HOME LOAN**

**MORTGAGE CORPORATION** and their assigns is/are Citizen(s) of   VIRGINIA

, who live(s) at or is/are located at the following address: 8200 Jones Branch

McLean, Virginia 22102 ; the following are Agents a/k/a

Defendant(s) in this claim:

1. William H. Mcdavid

38 **Jay Bray** is an Person for and acting for **NATIONSTAR MORTGAGE**

**and their assigns** is/are Citizen(s) of   TEXAS, who live(s) at or is/are located

at the following address: 350 Highland Drive, Lewisville,  Texas 75067 ; the

following are Agents a/k/a Defendant(s) in this claim:

1. Ramesh Lakshminarayanan


39 **Randy Roper** is an Person for and acting for **MIDFIRST BANK and their**

**assigns** is/are Citizen(s) of   OKLAHOMA, who live(s) at or is/are located at the

following address: 999 Nw Grand Blvd, Suite 100, Oklahoma City, Oklahoma

73118 ; the following are Agents a/k/a Defendant(s) in this claim:


1. Doug Rutley

40 **Jeremy Dewey** is an Person for and acting for **PENNYMAC and their assigns**

is/are Citizen(s) of   CALIFORNIA, who live(s) at or is/are located at the

following address: 6101 Condor Drive, Moorpark, California 93021  ; the

following are Agents a/k/a Defendant(s) in this claim:
1. Stanford L. Kurland

41 **Jamie Dimon** is an Person for and acting for **J P MORGAN BANK and their assigns** is**/**are Citizen(s) of <u>NEW JERSEY</u>**,** who live(s) at or is/are located at the following address: <u>331 Newman Springs Road, Red Bank, New Jersey 07701 ;</u> the following are Agents a/k/a Defendant(s) in this claim:

  1. Michael Bergen

42 **Brian T. Moynihan** is an Person for and acting for **BANK OF AMERICA, N.A. and their assigns** is**/**are Citizen(s) of <u>NORTH CAROLINA</u>**,** who live(s) at or is/are located at the following address:<u>100 Tryon Street, Suite 220, Charlotte, North Carolina 28202;</u> the following are Agents a/k/a Defendant(s) in this claim:

  1. Paul Donofrio

43 **Lela Derouen** is an Person for and acting for **U.S. BANK NATIONAL ASSOCIATION, N.A. and their assigns** is**/**are Citizen(s) of <u>OHIO</u>**,** who live(s) at or is/are located at the following address: <u>425 Walnut Street, Cincinnati, Ohio 45202;</u> the following are Agents a/k/a Defendant(s) in this claim:

  1. Joseph A. Goldbeck, Jr.

44 **Terrance J. Kennedy** is an Person for and acting as **MONTGOMERY COUNTY. and their assigns** is**/**are Citizen(s) of <u>PENNSYLVANIA</u>**,** who live(s) at or is/are located at the following address: <u>133 Level Road, Collegeville, Pennsylvania 19426</u> the following are Agents a/k/a Defendant(s) in this claim:

1. Elaine Berkoff
2. Loretta A. Leader
3. Brian Newhall

**45 <u>William R. Carpenter</u>** is an Person for and acting for **<u>Upper Moreland</u>**

**<u>Township and their assigns</u>** is/are Citizen(s) of <u>PENNSYLVANIA</u>

**,** who live(s) at or is/are located at the following address: <u>117 Park Avenue,</u>

<u>Willow Grove, Pennsylvania 19090,</u> the following are Agents a/k/a

Defendant(s) in this claim:

1. Jeremy Carl Abidiwan-Lupo
2. Samantha Louise Root Cauffman

**46 <u>Kimberly Ann Zelner</u>** is an Person for and acting for **<u>MONTGOMERY</u>**

**<u>COUNTY. and their assigns</u>** is/are Citizen(s) of <u>PENNSYLVANIA</u>

**,** who live(s) at or is/are located at the following address: <u>P. O. Box 311,</u>

<u>Norristown, Pennsylvania 19404;</u> the following are Agents a/k/a Defendant(s)

in this claim:

1. Paul W. Tressler
2. Wilbraham Lawler & Buba P.C.
   1818 Market Street, Suite 3100, Philadelphia, Pa 19103

# CLAIM

***We***, the Claimant(s) are seeking justice and remedy from these corporate

entities, agents and individuals. For over several years the above defendants

have violated numerous State and Federal Acts, Codes, Laws, Ordinances,

Rules, and Statues. From the onset of cases that were entered in the State court of Record, our Civil Rights were violated by ALL entities, agents and individuals.

Claimant(s) reasonably believe that the corporate entities, agents and individuals intentionally conspired to misrepresent and deceive Claimant(s). **Claimant(s) issued Security Instruments, which became bifurcated, split-apart and fractionalized as separate accounting entries and deposited separately into various Classes, tranches of loans, where they eventually turn into Bonds**. As stated in an Affidavit of Facts in a Property Securitization Analysis report by CFLA using ***Bloomberg***,(3-6-2015) as quoted "*each Class is insured up to (**30**) times the face value of each (Promissory Note) therein*"; and that "*the Classes have been divided into their CUSIP number, which is a nine (9) character alphanumeric code identifying any North American security for the purpose of facilitating clearing and settlement of trades*"

The Claimant(s) in this action avers that all Defendant(s) are in violation of multiple State and Federally protected laws and have abridged Claimant(s) rights in dispossessing Claimant(s) of property. The Claimant(s) will show that the Defendant(s) willfully and intentionally **_impeded_** the Claimant(s) ability to trade in the commerce market by stealing Claimants' most valuable asset;

Now in order for Justice to occur there has to be an injured party, proof of injury and someone or something that did the injury. We, the Claimant(s) are the injured party and the Defendant(s) committed the violations and the crimes. With their own records they prove our claim and we want remedy for the Defendant(s) wrong doings. The entities, Agents and Individuals that are listed above by their own records prove that they are guilty of <u>Title 15 USC 1&2, Title 18 USC 241, Title 18 USC 242 and Title 42 USC 1983</u>.

1. ***This CLAIM is for Denial of Jury Trial after being Demanded by Defense against the Unlawful taking of Trust/Trustee and Heirs Man's Injury:*** *reputation for which is brought against the Defendant(s), Public Servants, Public Official(s), Attorney(s) and (Banks) for Denial of Jury Trial and Clerk's alleged*

*violation and negligence acts that has caused an injury to the Claimant(s) and reputation of the Claimant(s)(s); in fact; which State and Federal law gives a remedy to any man pursuant to the Pennsylvania State Constitution,* **Article I, section 11,** *et seq. and under United States* **Title 18 Sec. 241, 242***; which states in part…. Under Pennsylvania Constitution,* **Art. I, sec. 11***; Suits and Man's Remedy… "Every man for an injury done him in his land, goods, person or to his reputation, shall have remedy (compensation), administered by the Courts without Sale (fee), denial or delay; Incorporated for remedy; Jury Remand? And The Federal Law which protects from being injured by being deprived of a Statutory or civil right under "color of law" and by a conspiracy to deprive a citizen (plaintiff and his heirs) of a right (injury claim remedy);*

## NATURE OF THIS ACTION UNDER CLAIM

**1**. The entities, agents and individuals a/k/a Defendants that are listed above by their own records prove that they are guilty and are currently in violation of State and Federal civil rights laws. This claim is raised under **matters of diversity**, the state court and all others filed in this claim, have failed to be compliant and run concurrent with state and federal laws hence violating constitutional  mandates by adjudicating on matters that were raised under Admiralty, Commercial Law and the Uniform Commercial Code;

**2**. Claimant(s) reasonably believes *the* State court and the officers of the administrative agencies and body politic(s) reasonably should have known to direct plaintiff(s) to the proper court but instead continued to accelerated improper foreclosures, ejectments while simultaneously violating due process and depriving Claimants' rights under color of law for profit;

**3**. Defendant(s) unethical conduct, professional negligence and the disregard and failure to stand and be bound by and under their loyalty oaths ecclesiastical oaths and constitutional oaths; by all account, they have now

comprised the integrity of their profession and the public interest which it serves; thus causing injury and harm to the above Claimant(s);

**4**. Willful disobedience of a Constitution by court administrators of the inferior Courts [Elkins v. United States, infra] invites anarchy and terrible retribution and imperils the existence of the government;

## JURISDICTION AND VENUE

This Court shall hear disputes wherever they occur in the country. Pursuant to the Tucker Act, the general jurisdiction of this Court as described in 28 U.S.C. § 1491 for the taking of private property. This is the proper venue for lodging this private claim, as this court is the institutional scale that shall weigh this claim against the Defendant's actions and also as this court stands "as the keeper of the nation's conscience and is the people's court" to that end, Claimants reasonably believe this Court has the essential judicial power to render judgment and remedy. ***U.S. Constitution, amendment XI;***

## DISCLOSURE STATEMENT

**Facts Giving Rise to This Claim**

The Defendants aka Entities, Agents and Individuals listed above, by their own records prove that they are guilty of violating Claimant(s) civil rights as indicated in the followings laws" ***Title 15 U.S.C. 1&2***, ***Title 18 U.S.C. 241, 242, 371, 2384, 2385 and 3771***, ***Title 42 U.S.C. 1983, 1984, 1985 and 1986; Title 18 part I, chapter 95, section 1951(a);***

1. **Whereas**, at all times, from 2007 to the present, Annette Rizzo, a court officer, and defendant under this claim, reasonably should have known pursuant to Rule 7.6 [1] MROPC, and under her professional responsibility to the [ABA] that any lawyer selected to perform legal work awarded by a government agency or obtains appointment by a Judge can

be legitimately questioned as to the appointment and or engagement of one Michael McKeever, defendant under this claim, court officer and managing partner with KML Law Group of his competency and merit. Michael McKeever, came under scrutiny when Federal investigators uncovered unethical residential mortgage foreclosure practices [under another firm] in Allegheny County, shortly after, the firm changed its name and then was vetted to steer the Mortgage Foreclosure Diversion program in The City of Philadelphia (*which is our starting point*) for this claim. Claimant(s) filing this claim reasonably believe this appointment *may* be just **one** of the major cornerstone(s) that contributes to all the defendants listed and co-conspirators listed who have harmed Claimant(s) through their acts of violating federal and state law, committing acts of deception, filing false claims, acts of professional misconduct, acts of identity theft, security fraud, not availing claimants their lack of due process, acts of collusion between Judges and Counsel et als, misrepresentation, RICO violations, mail fraud, etc.;

2. **Whereas**, at all times, Defendants misconduct bolstered their desire in conspiring to violate, injure and caused harm to Claimant(s); Defendant(s) did not have delegation of authority nor consent to commence an Judicial action under foreclosure due Defendants' lack of an established contract with Claimant(s) or the following: [**1**]subject matter jurisdiction, [**2**]Paramount/Mature Title, [**3**]Legal and equitable right, [**4**]standing over said Security Instruments it claimed their clients owned or were in possession of; and [**5**] the Defendant client's failure of consideration and performance; the defendants failure to establish the above, now makes them personally and publically liable under securities laws to return property and fees associated with accepting funds that created bonds from property(s) for pecuniary gain, if any; systemic fraud in the judiciary of the inferior courts invites anarchy and terrible retribution and imperils the existence of the government;

3. **Whereas**, at all times, defendants have repeatedly misstated Claimant(s) status and identity to act in substitution in and for Claimant(s) identity in order to transfer titles and securities from the Original contract title policy issuer to that of another, without consent or delegation of authority from the Original Grantor(s), Settler(s), Drawer(s), Issuer(s), Author(s) and beneficiary(s) of The United States of America instrumentality that was created for the Claimant(s); pursuant to the Pennsylvania criminal Code 18 Pa. C.S. § 4120, defendants have committed felony criminal penalties of identity theft;

4. **Whereas**, at all times, Claimant(s) have been denied and prevented from their pursuit(s) of life, liberty(s) and happiness without having full disclosure from Public Officials, Court Administrators and Administrative Judges; as their esecciatical oath requires that the Constitution be upheld and no harm shall be administered against The United States of America and its American Nationals;

5. **Whereas**, at all times, defendants prohibited Claimant(s) aka Original Grantor(s), Issuer(s), Settler(s), Drawer(s), Author(s) and beneficiary(s) of The United States of America instrumentality(s) its full access to trade, discharge, contract, defend, settle, issue, create, and administer on said instrumentality which was created and established for Claimant(s); and defendants failed to give full disclosure and lodge Claimant(s) interest of instrument;

6. **Whereas**, at all times, Claimant(s) unalienable rights were denied and restriction by Libellee(s) preventing Claimant(s) the ability to exercise their due process rights by mooting all meritorious defenses, Subpoenas and request for proof of injuries or claims that Defendant clients

asserted; pursuant of **U.S.C. Title 18, part 1, Chapter 101 § 2071** and **UCC 3-501(b)(2)(1)**; "evidence of proof of claim must be presented upon the court", and to date of this action, Claimants have never been presented with factual proof for *its* inspection;

7. **Whereas**, at all times, Libellee(s) surreptitiously misrepresented their status and standing pursuant to Pennsylvania Rule 303; as it pertains to commencement and ratification, as they acted as Grantor(s), Issuer(s), Drawer(s), Settler(s), Paramount/Mature Title holder(s), Author(s) and beneficiary(s) of The United States of America Instrumentalities for Claimant(s);

8. **Whereas**, at all times pursuant to the seventh amendment to the United States Constitution, Libellee(s) denied Claimant(s) certain rights afforded under Admiralty law which clearly governs relationships between private entities dealing with commercial activities; as Congress does not impair the right to contract; as contracts are private law which establish duties and responsibilities; At all times Claimant(s) asserted that the U.C.C statues pertained to their contracts and agreements;

9. **Whereas**, at all times, Claimant(s) have aver and proven that *[t]heir* full consideration and conveyance was provided as evidence upon recorded receipt(s) stamped by a Court of Record unto Claimant(s) Master Deeds, and at all times, Claimant(s) requested that the defendants remain in honor and provide proof of its alleged claims under the uniform commercial code and admiralty law; defendant clients refused to answer;

10. **Whereas**, the Claimant(s) are concerned and do not feel protected from the constant and continued legal threats, acts of intimation, falsifying of court records, harassment by law enforcement and failure of Public and

Court officers to provide "safe harbor" in Claimant(s) possessions, property(s) and courts by and through the defendant(s) and public citizens, who have neglected their duty and legally wronged the Claimant(s) will intensify; defendants have forced this claim and action, from their repeated failure to clarify the rights, liberties and pursuits of the Claimant(s); Claimants here, seek prompt remedy, redress for grievances that have occurred and justice;

## [1] FIRST CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

1. Claimants avers that, **THE STATE OF PENNSYLVANIA** is the area in which all of the States governing bodies reside and is controlled by the States Legislature with its BOND. Under the PENNSYLVANIA STATE CONSTITUTION, the Citizens are guaranteed <u>Inalienable rights</u>. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. Claimant(s) Civil Rights were violated by the State;

2. The PENNSYLVANIA STATE Legislative Body does not have the right to take a RIGHT given to every man or women by their Creator and turn it into a Privilege. Any Law passed by the STATE LEGISLATOR cannot honor ones rights over those of another and ALL laws have to be approved and passed by the people;

3. *JAMES v. KENTUCKY, 466 US 341, 80 LED 2d 346, 104 S. Ct. 1830 (1984)* The Supreme Court held that state statutes did not take precedent over constitutional law.

4. **63C Am.Jur.2d, Public Officers and Employees, §247**

"As expressed otherwise, <u>the powers delegated to a public officer are held in trust</u> for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer;

[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people;

[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts;

[3] And owes a fiduciary duty to the public;

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual;

[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [*483 U. S. 372*] in the statute. see United *States v. Dial, 757 F.2d 163, 168 (7th Cir1985)* includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public … and if he deliberately conceals material information from them, he is guilty of fraud. *McNally v United States 483 U.S. 350 (1987)*;

**[2] SECOND CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS to include Pennsylvania State Attorney, Secretary of State,**

**American Bar Association, Pennsylvania Bar Association and it Agents, District Attorney of Philadelphia County**

1. Claimant(s) avers that, **THE GOVERNOR**: Oversees ALL functions of the Government and Governments in the State of Pennsylvania with an OATH of office and a BOND. He has failed to uphold Claimant(s) Civil Rights from those under his command;

2. The **GOVERNOR** has committees to oversee complaints in different departments through-out the State to make sure this doesn't happen, but when the people on these committees feel that they don't or can't investigate an elected or appointed public official for illegal acts or fraud then they are not doing their jobs and the responsibility falls on the shoulders of the **GOVERNOR**.;

3. **63C Am.Jur.2d, Public Officers and Employees, §247**
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.
   [1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people;

   [2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts;

   [3] Owes a fiduciary duty to the public;

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual;

[5] No State shall convert secured liberties (Rights) into privileges and issue a license and a fee for it *"Murdock v. Pennsylvania", 319 U.S. 105.*;

[6] If a State does convert your liberty into a privilege you can engage in that right with impunity. *Shuttlesworth v. City of Birmingham, 373 U.S. 262.;*

[7] **PENNSYLVANIA SECRETARY OF STATE**: is to oversee ALL Businesses and Corporations for the State of Pennsylvania with an OATH of office and a BOND. He has failed to uphold Claimant(s) Civil Rights from those under his command.

The "STATE OF PENNSYLVANIA" is a CORPORATION and not a government by the People, the proof is in the Dunn & Bradstreet numbers for "STATE OF PENNSYLVANIA-**933882784**" and also in "CITY OF PHILADELPHIA- **929068737**". These numbers are not given to GOVERNMENTS but only to CORPORATIONS to show what their credit rating is and can they acquire more credit or get a higher rating;

[8] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy.

**[3] THIRD CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS**

**To include THE FIRST JUDICIAL DISTRICT COURT, AOPC and Magistrates and their assigns**

1. Claimants reasonably aver that **PHILADELPHIA COUNTY COURT** is where the Judges of PHILADELPHIA COUNTY hold court with an OATH

of office and a BOND. Due process provisions demand that Defendants are innocent until proven guilty; judges serving in the Municipality are not to be influenced by politics to make judgements:  Philadelphia Municipal Judges are in violation of the Claimant(s) Civil Rights;

2. According to the law, State Courts are to be common law courts and Federal Courts are to be Courts of Record. In the State of Pennsylvania these State courts are acting and operating under statutory law which is corporate law and not common law;

3. The judges in PHILADELPHIA COUNTY are acting under Assumption and Presumption in constructing that Claimant(s) are corporations and not a living breathing creation of God. They have allowed the corporate state of Pennsylvania to influence their actions because of their personal vested interests in as such they have abandoned their duties and responsibilities to their **oath** of office;

4. Claimants have been falsely accused, maliciously prosecuted in Court, having their property illegal transferred which are recognized as causes of action under *Title 42, Section 1983* and The Supreme Court held that state statutes did not take precedent over constitutional law;

## [4] FOURTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

1. Claimants reasonably aver **PHILADELPHIA COUNTY** with its BOND is a portion of land located in PENNSYLVANIA and near the DELAWARE border. The area in which the County and the States governing bodies reside and are controlled by the Citizens of the county and the States Legislature. Under the PENNSYLVANIA STATE CONSTITUTION, the

Citizens are guaranteed in Inalienable rights. All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness;

2. **PHILADELPHIA County** is a Corporation with its own Dunn & Bradstreet number which further indicates its corporate status. It allows these actions to take place in the county because it brings in revenue which they enjoy and they don't care if it is illegal;

## [5] FIFTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

1. Claimants reasonably aver **PHILADELPHIA COUNTY SHERIFF Jewell Williams** gets his authority with an OATH of office and a BOND and the citizens of PHILADELPHIA County and the State of Pennsylvania;

2. PHILADELPHIA County Sheriff Jewell Williams swore an oath to the Constitution of The United States of America and to the State of Pennsylvania, but as the Top Law Enforcement officer in Philadelphia County, Jewell Williams is of the opinion that his policies and the corporate statutes supersede his oath to the Constitution of both the Country and the State;

3. Since Jewell Williams chooses to follow statutory law and not Constitutional Law then he is not an elected official of the People but in fact an officer of a private security company enforcing corporate statutes and is in violation of his office. Claimants have met and share their concerns regarding the hijacking of un-substantiated Court documents;

## [6] SIXTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

### Failure of Consideration and Performance

1. Claimants reasonably aver that Defendants and their alleged clients, at all times totally failed to establish consideration of a "*thing*" to the Claimant(s). Claimant(s) requested numerous financial documents from alleged clients to provide material evidence that would satisfy facts to support *allegations of* consideration or performance, if any;

2. Claimant(s) in this action attest, that performance was rendered by promise [note] but consideration by alleged clients never happen; Since only the "natural person" can lawfully contract for the "entity", there exist no third-party with factual evidence to challenge the security instrument;

## [7] SEVENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

### Violations under 42 U.S.C. § 1983 and Deprivation of Inalienable, Natural Rights and Due Process Rights

Claimants reasonably aver that Defendants at all times violated both Federal and State Constitutional laws both under Pennsylvania Constitution Declaration of Rights and the United States Constitution Bill of Rights and its Amendments. *Pa. Const. I, IV, VIII, IX, X and XVI*; and *Article 1 section 11*; *U.S. Const.* and Amendments **IV**, **V**, **VII**, **XIV** sec.**1**;

[a] Claimant(s) in this action are guaranteed **Inalienable rights**. All men have certain natural, essential and inalienable rights, among which may be

reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. Claimant(s) Civil Rights were violated by the **STATE OF PENNSYLVANIA**;

1. The **PENNSYLVANIA STATE** Legislative Body does not have the right to take a RIGHT given to every man or woman by their Creator and turn it into a Privilege. Any Law passed by the STATE LEGISLATOR cannot honor ones rights over those of another and ALL laws have to be approved and passed by the people.
   *JAMES v. KENTUCKY, 466 US 341, 80 LED 2d 346, 104 S. Ct. 1830 (1984)* The Supreme Court held that state statutes did not take precedent over constitutional law.

2. *63C Am.Jur.2d, Public Officers and Employees, § 247*
   "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised on behalf of the government or of all citizens who may need the intervention of the officer;

   [**a**]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people;

   [**b**]And accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts... owes a fiduciary duty to the public;

   [**c**] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual;

[**d**] Furthermore, it has been stated that fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [**483 U. S. 372**] in the statute, see **United States v. Dial, 757 F.2d 163, 168 (7th Cir1985)** includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public ... and if he deliberately conceals material information from them, he is guilty of fraud. **McNally v United States 483 U.S. 350 (1987)** *[Emphasis added]*

[**e**] Pennsylvania Constitution states in Article 1 sec. 11- warrants remedies to be given to every man for any injury done him and his land, goods, services or reputation shall have remedy without denial or delay;

## [8] EIGHT CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS
### Denial of Claimant(s) 4th, 5th, and 14th Amendments

Claimants reasonably aver that Defendants at all times violated **THEIR RIGHTS UNDER THE 4th, 5th and 14TH AMENDMENT**: "the adoption of the14th Amendment completed the circle of protection against violations of the provision of the Magna Carta, which guaranteed to the private Citizen their life, liberty, and property against interference except by the Supreme Law of the Land, which phrase was coupled with "due process of law"; This security is provided as against the United States by the **4th** and **5th** Amendments, and against the States by the **14th** Amendment". **Davidson v. New Orleans 96 U.S. 97.;**

## [9] NINTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

**Unfair and Fraudulent Conduct Preventing Trade and Commerce under the FTC Act. Chp. 93 A**

Claimants reasonably aver that Defendants at all times violated both State and Federal Trade Commission Act under the Unfair and Deceptive Trade Practice Act (UDTPA) by their unfair conduct and intentional deceit in the following:

[**a**] Defendant(s) at all times willfully fail to disclose to the Claimant(s) all relative contract documents Claimant(s) required under their Mortgage Backed Security Contract by law;

[**b**] Defendant(s) at all times intentionally concealed their safety and liability insurance bond, as Claimant(s) repeatedly required Defendant(s) to produce it as required by law, Claimant(s) are entitled to review;

[**c**] Defendant(s) at all times intentionally refused to present and or communicate to the Courts vital material evidence requested under Court ordered Subpoenas that would validate Claimant(s); thus causing an impact on the public trust and interest of the Judiciary, as this act is capable of repetition; ***see Global Protection v. Halbersberg, 332 S.C. 149 (S.C. App. 1998);***

[**d**] Defendant(s) at all times intentionally acted in and for the Claimant(s) by transferring Utilities, Bonds, and Securities from Claimant(s) public trust account to that of another without the *signature right* established under the law of signatures or with consent from Claimant(s);

[**e**] Claimant(s) aver that Defendant(s) unfair conduct and unlawful misconduct has caused harm and damaged [***t]heir*** trade and interstate commerce abilities; Claimant(s) have been slandered, defiled and defamed in the commerce market; as its "PERSON" has now been damaged by false claims the Defendant(s) have entered upon a Court of Record;

[**f**] PERSON to mean "an Estate, Corporation, Trust, etc." IRC 77001;

[**g**] Every "all cap" name is a secured Trust account under PENNSYLVANIA STATE, "a trust is a legal entity, *see Burnett v. Smith, 240 S.E. 1007 (1822);*

[**h**] "A Trust created under the United States Constitutional right of contract cannot be abridged. The agreement, when executed, creates a Federal organization ***NOT*** under the laws passed by any of the several states legislatures"; *see Crocker v. Maccloy, 649. U.S. Sup. 39 at 270;*

## [10] TENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

**Violation under Counterfeiting and Forgery of Security Instruments**

Claimants reasonably avers, at all times Defendants and their co-conspirators [Banks, Servicers and Mortgage companies] with the aid of Court Officials intended to abused the administrative process against Claimant(s) for pecuniary gain by "uttering false instruments" and "filing false claims" to be adjudicated in a Court of Record in order to transfer utilities, deeds, conveyances, financial instruments, currencies, stock certificates, securities, bonds and property by abusing and obstructing the legal system to their advantage; at all times Claimant(s) sought to validate standing of "note";

*Note- Although under both the 1933 and 1934 Acts "any note" is a security, the phrase has been modified by both the statutes themselves and the courts. Special provisions of the Acts limit the applicability of the federal securities laws to short-term notes. Section 3(a)(10) of the 1934 Act, for example, excludes from the definition of security any "note . . . aris[ing] out of a current transaction" with a maturity not exceeding nine months. Section 3(a)(3) of the 1933 Act exempts such notes from registration (but not from liability imposed by antifraud provisions of the Act).28 In Reves v. Ernst & Young, the Supreme Court declared that the phrase "any note" "must be*

*understood against the backdrop of what Congress was attempting to accomplish in enacting the Securities Acts."*

## [11] ELEVENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

### Violations under Title 18 U.S.C. 1028 & Public Law 105-318, (10-30-1998)

Claimants reasonably avers, at all times Defendants and their co-conspirators [Banks, Servicers and Mortgage companies] with the aid of Court Officials, Public citizens [Counsel] and Magistrates have **attempted to work and conspired in concert**, allowing violations under Public Law 105-318, 105th Congress which cites "Identity Theft and Assumption Deterrence Act of 1998"; to occur, at all times Claimant(s) suffered actual loss, as their identification was used without their consent by the Defendants, who knowingly knew Claimant(s) properties belong to Natural/Real person, which this statue penalizes Defendants who violates this act;

[a] *Title 18 U.S.C 1028 section 3(a)(7)*, asserts the following: "knowingly transfers or uses, without lawful authority, a means of identification of another PERSON with the intent to commit, or to aid or abet any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law";

[b] *Title 18 U.S.C 1028 section 3(b)(D)*, asserts penalties: "as a result of the offense, any individual committing the offense obtains anything of value aggregating $1,000 or more during any 1-year period"; *Title 18 U.S.C 1028 section 3(B)(3),* "a fine under this title or imprisonment for not more than *(20)* years, or both, if the offense is committed";

[c] *Title 18 U.S.C 1028 section 3(d)(3) and (A)* asserts the following: "the term 'means of identification' means any NAME or NUMBER that may be used, alone or in conjunction with any other information, to identify a specific individual,

including any"; and (A) "name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number"; pursuant to *Pa. 18 C.S. § 4120*, Defendants are not signatures *to* or *for* the PERSONs under this claim, and never were.;

[d] *Title 18 U.S.C 1028 section 3(f)* asserts the following: "Any PERSON who attempts or conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy";

[e] *Title 18 U.S.C 1028 section 4(a)(b)(1) –(8)* shall be exercised by Claimant(s), in remedy, as necessary;

## [12] TWELVETH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS
### Violation under Title 18 U.S.C. 1517

Claimants reasonably avers, at all times Defendants and their co-conspirators [Banks, Servicers and Mortgage companies] with the aid of Court Officials, Public citizens [Counsel] and Magistrates have **obstructed** Claimants **examination** of the Financial Institutions records, documents, receipts and tax records which were requested under Court issued Subpoenas. *Title 18 U.S.C. 1517* , states, "whoever corruptly obstructs or attempts to obstruct any examination of a financial institution by an *agency* of the United States with jurisdiction to conduct an examination of such financial institution shall be fine under this title, imprisoned not more than (**5**) years, or both;

[a] Claimant(s) in this action and under their "PERSONS" are agency and instrumentalities under, on or in behalf of the United States with rights to

examine and inspect actions relating to any property that is a security for a loan that is made or guaranteed under **_title V_** of the Housing Act of 1949

[b] Claimant(s) in this action and under their "PERSONS" are agency and instrumentalities under, on or in behalf of the United States with rights to examine and inspect actions relating to any property that is a security for a mortgage note that is insured, guaranteed, acquired, or held by the Secretary of Housing and Urban Development, and which may be under contract or subcontract;

## [13] THIRTEENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS
### Violation under Title 18 U.S.C. 1515 3(B) (C) & (E)

Claimants reasonably avers, at all times Defendants and their co-conspirators [Banks, Servicers and Mortgage companies] with the aid of Court Officials, Public citizens [Counsel] and Magistrates have omitted information from Claimant(s) court filed statements and intentionally concealed material facts, knowingly relying on records that were false, forged, altered or otherwise lacked authenticity; thereby accelerating and fast-tracking foreclosures, ejectment and unlawful seizure of property it doesn't have legal or equitable grounds to;

[a] Claimants reasonably avers, at all times Defendants and their co-conspirators [Banks, Servicers and Mortgage companies] with the aid of Court Officials, Public citizens [Counsel] intentionally and knowingly used schemes to mislead both the Claimant(s) and Courts by not satisfying the burden of proof which Claimant(s) requested;

## [14] FOURTEENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS
### Violation under PA Constitution Of 1776, Declaration of Rights, Article XI

Claimants reasonably avers, at all times Defendants and their co-conspirators with the aid of Court Officials, Public citizens [Counsel] and Magistrates violated Article XI, which is clearly defined and states, "that in controversies respecting property, and in suits between MAN and MAN, the parties have a right to trial by jury, which ought to be sacred";

## [15] FIFTEENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS
### Violation of Title LXX Crimes against Justice

Claimants reasonably avers, at all times Defendants and their co-conspirators with the aid of Court Officials, Public citizens [Counsel] and Magistrates violated Title LXX by conspiring to defeat Claimant(s) enforcement of the laws. Defendants impeded, hindered and obstructed the due course of justice in The FIRST JUDICIAL DISTRICT COURT, by and through THE COURT OF COMMON PLEAS in THE CITY OF PHILADELPHIA on PHILADELPHIA COUNTY; with the intent to denied Claimant(s) equal protection of the laws; Defendant(s) have injured Claimant(s) and their property by NOT enforcing equal protection of the laws;

## [16] SIXTEENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS
### Breach of Contract by American BAR Association and their Public Citizens

Claimants reasonably avers, at all times Defendants and their co-conspirators with the aid of Court Officials, Public citizens [Counsel] and Magistrates breached their duty by not defending the rights of the Claimant(s) of the country as stated with an OATH of office and a BOND. They are guilty of violating their own OATH along with Claimant(s) Civil Rights. From the inception of The American Bar Association in 1878 by the 100 attorneys from

the (26) States, they convinced congress to allow their organization to complete the transformation of turning America from a Republic to a full fledge democracy. A democracy is Communism and that is Treason on the country and its people in this action as Claimant(s); Due to the injury and harm from the American BAR Association and its agents, Claimant(s) have been falsely charged in un substantiated matters, property was held for ransom by way of outrageous and unreasonable assessment on what's known as infractions or misleading defaults;

## [17] SEVENTEENTH CLAIM FOR REMEDY AND SUPPORTING FACTUAL ALLEGATIONS

Claimants reasonably avers, at all times Defendants and their co-conspirators Financial Institutions a/k/a "private persons" with the aid of Court Officials, Public citizens [Counsel] and Magistrates acted "under color of" state law when they repeatedly engaged in conspiring with state officials to deprive Claimant(s) of Federally protected rights. ***Dennis V. Sparks, 449 U.S. 24. Pp. 919-920***.;

## FEDERAL QUESTIONS BY CLAIMANTS IN SUPPORT OF CLAIM

**[1] Are the U.S taxpayers funding the Enterprises' operating losses that occurred in 2008-2009?**

**If yes, are the Banks included as taxpayers?**

*Under Eaton v. Federal National Mortgage Association, civil action 11-1382 [statement of Interest of Amicus Curiae)*

***Note*** *- **Statement of Interest of Amicus Curiae** as stated, "The Federal Housing Finance Agency ("FHFA or "the Conservator") is an independent federal agency Congress created in 2008 and charged with supervising and regulating Fannie Mae and Freddie Mac (together, the "Enterprise"). Housing and Economic Recovery Act of 2008, **Pub. L. No. 110-289, § 1101, 112 Stat. 2654, 2661** (codified at 12*

*U.S.C. § 4511). Since September 2008,* **FHFA** *has served not only as the Enterprises' supervisory Regulator, but also as their Conservator. Congress specifically mandated that FHFA, as Conservator, take such action as "appropriate to carry on the business of the [Enterprise] and preserve and conserve the assets and property of [the Enterprises]."* **Id.** **§ 4617(b) (2) (D) (ii)**. *Since the Enterprises were placed in conservatorship, the United States Treasury has provided funding to eliminate deficits in each Enterprise's net worth. As of September 2011, Treasury had infused* **$103.8 Billion** *into Fannie Mae and* **$65.2 Billion** *into Freddie Mac. In substance, U.S. taxpayers are funding the Enterprises' operating losses" end quote.*

**Question # 2**

**[2] If the above statement on record is true, why would any of the Banks and Financial institutions in this system alleged that they are entitled to claims after the 2007- 2008 Financial Banking Crisis BAILOUT?**

**Question# 3**

**[3] If all government issued and or created instrumentalities, agencies, trust [municipal and state] have full faith and credit; why are the banks alleging that they provided full consideration of some "*substance*" when in fact, [*W]e*, the natural persons (under signature law) and U.S. Treasury did?**

**REQUEST FOR REMEDY**

**WHEREAS,** the above Claimants demand equitable injunctive remedy and what is required by Law for the multiple violations that have occurred. It is necessary for State and Federal protected laws to remain concurrent to maintain Integrity, Honor and Truth. Claimant(s) conscience know that these public citizens, corporate entities, Agents and Individuals have violated natural

law and disregarded maxims; it is with the scale, we measure the Defendants'
wrong doings and must fair on the side of justice and NOT allow immunity a
*"free pass"*, as this court is the keeper of peace, let NOT immunity from liability
*"escape"* judgment, remedy and punishment for Defendants' intentional
misconduct. It is in the spirit, Claimant(s) seek redress and remedy. The
Affidavit of Commercial Lien stands as recorded and remedy is sought.